PER CURIAM.

Appeal dismissed.

GARDNER, C. J., and FOSTER, LAWSON, and STAKELY, JJ., concur.

32 So.2d 170

**Frank M. GUY v. Annie Lee GUY.**

**5 Div. 430.**

Supreme Court of Alabama.

June 12, 1947.

Appeal from Circuit Court, Chilton County; Arthur Glover, Judge.

Reynolds & Reynolds, of Clanton, for appellant.

A. B. Foshee, of Clanton, for appellee.

PER CURIAM.

Appeal dismissed.

All the Justices concur.

32 So.2d 170

**Jesse HADDOCKS v. D. G. SMITH.**

**4 Div. 406.**

Supreme Court of Alabama.

March 25, 1947.

Appeal from Circuit Court, Russell County; J. S. Williams, Judge.

PER CURIAM.

Appeal dismissed, want of prosecution.

32 So.2d 171

**Lucile HARRIS v. Maggie McADORY et al.**

**6 Div. 530.**

Supreme Court of Alabama.

May 17, 1947.

Appeal from Circuit Court, Jefferson County; E. M. Creel, Judge.

Geo. P. Bondurant and Hayden & Hayden, all of Birmingham, for appellant.

Graham, Bibb & Wingo, of Birmingham, for appellees.

PER CURIAM.

Appeal dismissed, motion of appellant.

29 So.2d 888

**Bruce HARRIS v. STATE.**

**5 Div. 414.**

Supreme Court of Alabama.

Nov. 21, 1946.

Appeal from Circuit Court, Tallapoosa County; W. B. Bowling, Judge.

Murder, first degree; life.

Wm. N. McQueen, Atty. Gen., for the State.

PER CURIAM.

Appeal dismissed, want of prosecution.

32 So.2d 171

**Hendley HAWKINS v. STATE.**

**8 Div. 362.**

Supreme Court of Alabama.

May 22, 1947.

Appeal from Circuit Court, Madison County; E. H. Parsons, Judge.

Murder, first degree—life.

A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.

Appeal dismissed.